JS-6



FILED
CLERK, U.S. DISTRICT COURT
June 22, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United Financial Casualty Company, | Case No. 2:17-cv-08260-SJO (JEMx) |
|---|---|
| Plaintiff, | **Judgment** |
| v. | |
| Pennsylvania Manufacturers' Association Insurance Company, | |
| Defendant. | |

On June 14, 2018, in Dkt. No. 37, the court ruled on (1) plaintiff United Financial Casualty Company's motion for summary judgment against defendant Pennsylvania Manufacturers' Association Insurance Company (Dkt. No. 24) and (2) Pennsylvania Manufacturers' Association Insurance Company's motion for summary judgment against United Financial Casualty Company (Dkt. No. 25). In its ruling, the court granted in part and denied in part each motion. The court granted United Financial Casualty Company summary judgment on the second cause of action in its complaint for equitable indemnity and denied United Financial Casualty Company summary judgment on the remaining causes of action in the complaint.

Having ordered entry of judgment consistent with its ruling, the court hereby enters judgment as follows:

1. United Financial Casualty Company shall recover from Pennsylvania Manufacturers' Association Insurance Company damages of $352,556.37 and prejudgment interest of $27,045.20; and
2. United Financial Casualty Company shall recover its costs from Pennsylvania Manufacturers' Association Insurance Company, per bill of costs.

Date: _6/22/18_____   _____
*S. James Otero*
United States District Judge